

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00243-CV

Louella Sadler, Partners Capital, L.L.C., JR Assets, L.L.C., Riehs Brothers L.P., R Bros L.P., and Riehs Cattle Co.
v.
Jonathan R. Riehs, Brent R. Rozner, and Robert Blevins

On Appeal from the
24th District Court of Jackson County, Texas
Trial Court Cause No. 2110-16522

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 13, 2023